# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH DUSTIN BUTLER AND
MARY BUTLER, INDIVIDUALLY
AND ON BEHALF THEIR MINOR
CHILD, ELLIOTT BUTLER

VERSUS

MEDICAL INFORMATION
TECHNOLOGY, INC. D/B/A
MEDITECH AND WOMAN'S
HOSPITAL FOUNDATION, D/B/A
WOMAN'S HOSPITAL OF BATON
ROUGE

NO.   2024 CW 0787

DECEMBER 23, 2024

---

In Re:   Woman's Hospital Foundation D/B/A Woman's Hospital of Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 743894.

---

BEFORE:   GUIDRY, C.J., McCLENDON, PENZATO, LANIER AND STROMBERG, JJ.

WRIT GRANTED. We find that defendant, Woman's Hospital Foundation, d/b/a Woman's Hospital of Baton Rouge, met its burden in proving that it is entitled to review by a medical review panel of the allegations presented in plaintiffs' petition for damages. See **Coleman v. Deno**, 2001-1517 (La. 1/25/02), 813 So.2d 303, 315-16. Therefore, we grant this writ application, sustain Woman's Hospital Foundation, d/b/a Woman's Hospital of Baton Rouge's exception of prematurity, and dismiss plaintiffs' claims against this defendant, without prejudice.

PMc
AHP
WIL
TPS

Guidry, C.J., dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT